

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-19-00889-CR

Cameron Antoine **ROBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on March 19, 2020. Neither the brief nor a motion for extension of time to file the brief has been filed. This court notified appellant's counsel of the deficiency on April 21, 2020. *See* TEX. R. APP. P. 38.8(b)(2). We have received no response.[1]

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

---

[1] Due to a ransomware attack on May 8, 2020, the court's network was disabled. As of July 22, 2020, the court's network is fully operational. All case filings are up to date, and any future filings accepted by the court should be reflected on the court's website within twenty-four hours.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than August 31, 2020, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

_____
Michael A. Cruz,
Clerk of Court